FILED
CLERK, U.S. DISTRICT COURT

APR 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )     09-781 M
            Plaintiff,         )
                               )     ORDER [OF DETENTION] [SETTING
                               )     CONDITIONS OF RELEASE] AFTER HEARING
        v.                     )        (18 U.S.C. § 3148(b)):
                               )     (Allegations of Violation of
ROGER H. SHEARS                )      Pretrial Conditions of Release)
                               )
            Defendant.         )
_____)

                              A.

    On motion of the Government involving an alleged violation of
conditions of pretrial release and warrant for arrest issued by [Judge
_____]. ED. Kentucky

                              B.

    The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has
              committed a Federal, State, or local crime while on
              release; or

    (B)  (X)  Clear and convincing evidence that the defendant has
              violated any other condition of release; and

(2)

    (A)  ( )  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (X)  The person is unlikely to abide by any condition or combination of conditions of release.

          and/or, in the event of (1)(A)

(3)      ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

                    _or_

(4)      ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions.  _See_ separate order setting conditions.

      ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

                    _or_

C.

( X.   IT IS ORDERED defendant be detained prior to trial.

DATED: 4/27/09

_____

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]

3